IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WESLEY THOMAS | CRIMINAL ACTION<br>NO. 15-00121-3 |

# ORDER

**AND NOW**, this 8th day of January 2021, upon consideration of Wesley Thomas's *pro se* Motion for Release (ECF No. 124) and two Supplemental Motions for Release (ECF Nos. 126, 128), the Government's Response (ECF No. 127) and associated exhibit (ECF No. 130) and Thomas's Reply (ECF No. 137) and Letter to the Court (ECF No. 138), it is **ORDERED** that the Motions are **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.