# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO. 15-121-3 |
| WESLEY THOMAS | |

## ORDER

**AND NOW**, this 27th day of August 2024, upon consideration of Wesley Thomas's Motion for Compassionate Release (ECF No. 162), the Government's Response (ECF No. 164) and Thomas's Reply (ECF No. 167), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.